Argued May 24, affirmed June 14, reconsideration denied July 14, petition for review denied September 1, 1976

In the Matter of the Dissolution of the Marriage of
**POTTER,** *Appellant,*
*and*
**POTTER,** *Respondent.*
(No. 75-117, CA 5598)
550 P2d 448

*James M. McGinty,* Myrtle Creek, argued the cause and filed the brief for appellant.

*William C. Wolke,* Roseburg, argued the cause for respondent. With him on the brief were Luoma, Kelley & Wolke, Roseburg.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

**PER CURIAM.**

The sole issue is which parent, following dissolution of marriage, should have custody of the four-year-old daughter of the parties. The trial judge who saw and heard all of the witnesses, including both parents, decided that the best interests of the child would be served by giving custody to the father.

Suffice it to say that we agree with his conclusion and do not see any purpose to be served by a detailed opinion. *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).

Affirmed.